UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLIN DILBERT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-5455** |
| **UNITED AIRLINES, INC.** | **SECTION "O"** |

## ORDER

**IT IS ORDERED** that the motion[1] to dismiss with prejudice is **GRANTED**. All claims of Plaintiff Colin Dilbert against Defendant United Airlines, Inc. are dismissed with prejudice. Each party will bear its own costs.

New Orleans, Louisiana, this 16th day of October, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 69.